UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:05CR485 HEA |
| | ) | |
| JOSEPH RUSSELL, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on defendant's Motion to Suppress Evidence
and Statements, [Doc. No. 31]. The Court referred this matter to United States
Magistrate Judge David D. Noce for a Report and Recommendation pursuant to 28
U.S.C. § 636(b).

On October 25, 2005, Judge Noce filed his recommendation that the motion
be denied as moot since at the evidentiary hearing which was held on October 24,
2005, defendant advised Judge Noce that he had decided not to raise any issues by
way of pretrial motions. No objections to the report and recommendation have been
filed.

Based on defendant's representation to Judge Noce, the Court agrees with the
Recommendation that the Motion to Suppress Evidence and Statements be denied,

as moot.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Suppress Evidence and

Statements,  [Doc. No. 31], is denied as moot.

Dated this $^{14TH}$ day of November, 2005.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE