UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:05CR485 HEA |
| ) | |
| JOSEPH RUSSELL, JR., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that the Clerk of the Court shall provide plaintiff's newly-appointed counsel with a complete copy of the court file at no cost.

Dated this 9th day of February, 2006.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE